Sloan R. Simmons, SBN 233752
Jenell A. Van Bindsbergen, SBN 188540
Carrie M. Kurtural, SBN 256047
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone:     (559) 431-5600
Facsimile:     (559) 261-9366
Email:  ssimmons@lozanosmith.com
Attorneys for Defendant CITY OF CLOVIS

Michael D. McGill, SBN 231613
Carolina Veronica Cutler, SBN 263301
**LACKIE, DAMMIER & McGILL APC**
367 North Second Avenue
Upland, CA 91786
Telephone:     (909) 985-4003
Facsimile:     (909) 985-3299
Email: Veronica@policeattorney.com
Attorneys for Plaintiff KYLE PENNINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PENNINGTON,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF CLOVIS, a Public Entity, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>             Defendants. | Case No. 1:12-cv-00815-AWI-DLB<br><br>**ORDER RE: STIPULATION FOR AND DIMISSAL WITH PREJUDICE** |

Plaintiff Kyle Pennington, through his attorney of record Lackie, Dammier & McGill APC, by Carolina Veronica Cutler, Esq. and Defendants City of Clovis, through their attorneys of record the law firm Lozano Smith by Sloan R. Simmons, Esq., filed a Stipulation for Dismissal with Prejudice on April 10, 2013.

///

///

1

[PROPOSED] ORDER RE: STIP. FOR &                                                        Kyle Pennington v. City of Clovis
DISMISSAL WITH PREJUDICE                                                                Case No. 1:12-cv-00815-AWI-DLB

1   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT the complaint and entire
2   action in the above-captioned case be DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(ii) of
3   the Federal Rules of Civil Procedure.

5   IT IS SO ORDERED.

6   Dated:   April 10, 2013

    SENIOR   DISTRICT   JUDGE

2

[PROPOSED] ORDER RE: STIP. FOR &   Kyle Pennington v. City of Clovis
DISMISSAL WITH PREJUDICE   Case No. 1:12-cv-00815-AWI-DLB

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366